UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GORDON G. STORMS,**

      **Plaintiff,**

v.                                            **Case No: 6:14-cv-222-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on February 10, 2014, seeking judicial review of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for Supplemental Social Security Income benefits under 42 U.S.C. § 405(g). United States Magistrate Judge Gregory J. Kelly filed a Report and Recommendation (Doc. 22) on January 6, 2015, recommending that the Commissioner's final decision be reversed and remanded for further proceedings consistent with the Report and Recommendation.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 22) filed on January 6, 2015, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation. The Administrative Law Judge ("ALJ") shall reconsider step five of the sequential evaluation process. In doing so, the ALJ shall consider Plaintiff's hearing impairments, any resulting limitations arising therefrom, and whether Plaintiff's hearing impairments are correctable and, if so, how. The above considerations shall be reconciled with the medical records relating to Plaintiff's hearing impairment.

3. All remaining assignments of error by Plaintiff are hereby **DISMISSED**.

4. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record